# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HEIDI RAMSEY, et. al., | ) | CASE NO. 5:23-cv-86 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| FIRSTENERGY CORPORATION, et al. | ) | |
| DEFENDANT. | ) | |

For reasons set forth in the contemporaneously filed memorandum opinion and order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: October 13, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**